# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

GARY MULHERON,

          Plaintiff,

   v.                                      Case No. 13-C-897

CREDITORS SOLUTION SERVICES LLC,

          Defendant.

## ORDER

      Plaintiff, having made a showing of good cause to allow limited discovery prior to service of the defendant, the motion is GRANTED. In fact, it appears from plaintiff's motion that he is unable to properly serve the defendant without conducting initial discovery. Accordingly, the motion for limited discovery is granted.

      SO ORDERED this   22nd   day of August, 2013.

                         s/ William C. Griesbach
                         William C. Griesbach, Chief Judge
                         United States District Court